UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 19-cv-07799-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 30, 2020

DESIGNATION OF EXPERTS: October 2, 2020; REBUTTAL: October 30, 2020;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 20, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 22, 2021;
　　　Opp. Due: February 5, 2021; Reply Due: February 12, 2021;
　　　and set for hearing no later than February 26, 2021 at <u>10:00 AM.</u>

PRETRIAL CONFERENCE DATE: March 30, 2021 at <u>3:30 PM.</u>

TRIAL DATE: April 12, 2021 at <u>8:30 AM.</u>
　　　Courtroom 1, 17th floor.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

　　　**IT IS SO ORDERED**.

Dated: March 3, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge