UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>            Plaintiff,<br><br>      v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>            Defendant. | Case No. 19-cv-07799-SI<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION TO SHORTEN TIME AND SCHEDULING CASE MANAGEMENT CONFERENCE FOR NOVEMBER 13, 2020 AT 3:00 PM**<br><br>Re: Dkt. No. 34 |

The Court has reviewed defendant's *ex parte* application to shorten time and plaintiff's opposition thereto. The Court concludes that there is no reason to shorten time on defendant's motion to stay, which is scheduled for a hearing on November 13, 2020. In the interim, the Court directs the parties to cooperate regarding discovery, including proceeding with depositions where possible. The Court also schedules a case management conference for November 13 at 3:00 p.m. to discuss discovery and the pretrial and trial schedule, in the event the Court denies a stay.

**IT IS SO ORDERED**.

Dated: October 14, 2020

SUSAN ILLSTON
United States District Judge