United States District Court
Northern District of California

1  
2  

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.  19-cv-07799-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |
|---|---|

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 5/21/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.  JOINT CASE MANAGEMENT STATEMENT DUE:  5/14/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/31/2021.

DESIGNATION OF EXPERTS: 9/10/2021; REBUTTAL: 9/30/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/29/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/5/2021;
    Opp. Due: 11/19/2021; Reply Due: 11/26/2021;
    and set for hearing no later than 12/10/2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 1/11/2022 at 3:30 PM.
PRETRIAL FILINGS DUE: 12/21/2021

1/24/2022 TRIAL DATE: at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: February 22, 2021

_____
SUSAN ILLSTON
United States District Judge