UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 19-cv-07799-SI<br><br>**ORDER RE: DISCOVERY**<br>Re: Dkt. Nos. 73, 74 |

The parties have submitted a discovery dispute about plaintiff's request for the Rule 30(b)(6) witness regarding the drafting history, meaning, and interpretation of the Cost of Making Good exclusion.

Defendant contends that the exclusion's drafting history is not reasonably calculated to lead to the discovery of admissible evidence because the parties agree that the Court will interpret the exclusion according to the plain and ordinary meaning of the policy language. Defendant also asserts that it has produced the few documents it has regarding the drafting history, and that the Zurich underwriter who was in charge of creating the exclusion retired from Zurich many years ago, and thus that there is little information about the drafting history from which Zurich can prepare a Rule 30(b)(6) witness on the subject.

Plaintiff asserts that the plain language of the exclusion is "painfully unclear" and that the sought testimony is relevant to what Zurich, as the drafter, intended to exclude, what was carved out from the exclusion and whether Zurich's application of the exclusion in this case was reasonable and consistent with that understanding. Plaintiff also notes that the Court already ordered Zurich to produce a Rule 30(b)(6) witness on this topic in a December 22, 2020 order, and that nothing has

1  changed to warrant reconsideration of that order.

2        The Court concludes that Zurich has not demonstrated why the December 22, 2020 order
3  should be reconsidered, and that Zurich shall produce a Rule 30(b)(6) witness regarding the drafting
4  history, meaning, and interpretation of the Cost of Making Good exclusion.  The Court need not
5  resolve at this time the question of the admissibility of this witness's testimony.

7        **IT IS SO ORDERED**.

9  Dated: August 20, 2021        _____
10                                     SUSAN ILLSTON
                                      United States District Judge