UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>        Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No. 19-cv-07799-SI<br><br>**ORDER RE: APPOINTMENT OF MARTIN QUINN AS DISCOVERY SPECIAL MASTER** |

In a letter filed August 27, 2021, defendant requested that the Court appoint a special master for discovery. At the case management conference held the same day, the Court informed the parties that it intended to appoint Martin Quinn of JAMS, unless the parties could jointly agree on an alternative individual. The parties have since informed the Court that they agree to the appointment of Mr. Quinn. As such, the Court will proceed with his appointment.

The Court requests that Mr. Quinn file an affidavit pursuant to Federal Rule of Civil Procedure 53(a)(2) and 53(b)(3), stating whether there is any basis that would require disqualification of a judge under 28 U.S.C. § 455. Upon the filing of such an affidavit, and if there is no disqualification, the Court will enter an order appointing Mr. Quinn.

The Clerk shall serve a copy of this order on Mr. Quinn at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, and by e-mail to Mr. Quinn's case manager at schan@jamsadr.com.

**IT IS SO ORDERED**.

Dated: August 31, 2021

SUSAN ILLSTON
United States District Judge