United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>        Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No. 19-cv-07799-SI<br><br>**ORDER RE: LETTERS FROM COUNSEL**<br><br>Re: Dkt. Nos. 89, 93 |

The Court has received several letters from counsel regarding various disputes. The Court agrees that the August 27, 2021 minutes contained a typographical error. The Clerk has issued amended minutes that correctly state that the fact discovery deadline is December 17, 2021.

Regarding the balance of the issues raised in counsel's letters, the Court finds that those matters are appropriate for resolution by Special Master Quinn in the first instance. If Mr. Quinn agrees with defendant regarding the inadvertently produced letter, Mr. Quinn can order and/or recommend various remedies, including the removal of the document from the docket. Accordingly, the parties shall present the discovery issues raised in the September 20 and 21 letters to Mr. Quinn pursuant to the procedures set forth in the Order Appointing Martin Quinn as Special Master to Oversee Discovery. Dkt. No. 85.

**IT IS SO ORDERED**.

Dated: September 21, 2021

_____
SUSAN ILLSTON
United States District Judge