UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>    Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 19-cv-07799-SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION AND ADOPTING SPECIAL MASTER'S ORDER NO. 1**<br><br>Re: Dkt. No. 97, 99 |

Neither party has filed an objection to the Special Master's Order No. 1, and accordingly the Court ADOPTS that order.

**IT IS SO ORDERED**.

Dated: November 8, 2021

SUSAN ILLSTON
United States District Judge