UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>  Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Defendant. | Case No. 19-cv-07799-SI<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S OBJECTION TO SPECIAL MASTER'S ORDER NO. 2**<br><br>Re: Dkt. Nos. 104, 105, 106 |

Defendant has filed an objection to the Special Master's Order No. 2. Dkt. No. 106. The Court directs plaintiff to file a response to defendant's objection no later than January 7, 2022.

**IT IS SO ORDERED**.

Dated: December 28, 2021

_____
SUSAN ILLSTON
United States District Judge