UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCORE-OBAYASHI JOINT VENTURE,<br><br>    Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-07799-SI<br><br>**ORDER REFERRING ZURICH'S DISCOVERY MOTIONS AND ALL FUTURE DISCOVERY MOTIONS TO MR. QUINN FOR RESOLUTION IN THE FIRST INSTANCE**<br><br>Re: Dkt. Nos. 126, 127 |

On January 4, 2022, Zurich filed a motion for a protective order and a motion to compel, and noticed those motions for hearing before this Court. Dkt. Nos. 126 & 127. The Court previously appointed Martin Quinn as special master for discovery, and finds it appropriate that he resolve these motions in the first instance. Accordingly, the Court REFERS Dkt. Nos. 126 and 127 to Mr. Quinn. Further, if the parties file any additional discovery motions, they shall notice those motions for hearing before Mr. Quinn.

**IT IS SO ORDERED**.

Dated: January 5, 2022

SUSAN ILLSTON
United States District Judge