UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBCOR-OBAYASHI JOINT VENTURE, <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 19-cv-07799-SI <br><br> **ORDER DIRECTING SUPPLEMENTAL BRIEFING** |

Zurich's motion for summary judgment is scheduled for a hearing on February 11, 2022. One of the issues raised by Zurich's motion is whether Webcor's request for $17 million in liquidated damages is barred by Exclusion 4.A in the Policy, which excludes coverage for "Consequential Damages," which are defined as "including . . . liquidated damages." Dkt. No. 138-3 at ZA_PF 000930.

Webcor contends, *inter alia*, that Zurich is precluded from relying on Exclusion 4.A because Zurich did not invoke that exclusion in its June 2021 responses to Webcor's interrogatories asking Zurich to identify any exclusions upon which it intended to rely to deny coverage for Webcor's damages. Webcor asserts that Zurich was on notice of its claim for liquidated damages as early as February 2021. Zurich's reply asserts that "Plaintiff did not submit a claim to Defendant for contractual liquidated damages until November 29, 2021," when Webcor submitted its expert report on damages.[1]

The Court directs Webcor to submit the documents that it contends disclosed to Zurich its

---

[1] For reasons that are not explained in Zurich's reply, Zurich did not supplement its interrogatory responses to invoke Exclusion 4.A. until January 28, 2022. At the February 11 hearing, Zurich's counsel shall be prepared to explain the delay in supplementation.

claim for liquidated damages no later than **February 4, 2022**.  Webcor's filing shall specifically identify the damages entries that it contends contained and disclosed its claim for liquidated damages, and the date(s) when those documents were produced to Zurich.

**IT IS SO ORDERED**.

Dated: February 1, 2022

SUSAN ILLSTON
United States District Judge